Scott D. Gattey (SBN 180875)
Aaron Thacker (SBN 239946)
Gattey Law Office
939 Laurel Street, Suite D
San Carlos, CA 94070
Telephone.: (650) 596-7123
Fax: (866) 371-3491
scott@gatteylaw.com

*Attorneys for Plaintiff Hogue*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP HOGUE<br><br>Plaintiff,<br><br>v.<br><br>M+W U.S., Inc., et al<br><br>Defendants. | CASE NO. C-12-1712 MMC<br><br>STIPULATION AND [PROPOSED] ORDER |

    The Parties to this matter, Plaintiff, Philip Hogue, represented by Scott D. Gattey of Gattey Law Office, Defendant, M+W U.S., Inc., represented by Robert Joseph Pia of MBV Law, LLP, do hereby agree and stipulate that the Case Management Conference recently reset by the Clerk for August 3, 2012 at 10:30 a.m. shall be continued to August 10, 2012 at 10:30 a.m. and the corresponding due date for the Joint Case Management Statement was reset for July 27, 2012.

    Good cause exists for this continuance based on the following:

    a.    Plaintiff's lead counsel will be out of town from August 1, 2012 until August 4, 2012 on a previously scheduled vacation;

    b.    The Parties agree to this continuance, and no prejudice will result to either Party as result of this continuance;

    c.    It is the Parties' understanding from speaking with this Court's clerk that the Court's

1  calendar will accommodate this case management conference being heard on August, 10, 2012.

2

3       IT IS SO STIPULATED.

6

7  Dated: July 10, 2012                                    GATTEY LAW OFFICE

8                                                          By: _____
9                                                               Scott D. Gattey
                                                           *Attorney for Plaintiff Phillip Hogue*

10 Dated: July 10, 2012
11                                                         MBV Law, LLP

12                                                         By: _____
13                                                              Robert Joseph Pia
                                                           *Attorneys for Defendant*
14                                                         *M+W U.S., Inc.*

15

16                                    **ORDER**

17     This Stipulation and [Proposed] Order is hereby adopted by the Court and the Case
Management Conference is rescheduled to August 10, 2012 at 10:30 a.m.

18     A Joint Case Management Statement shall be filed no later than August 3, 2012.
19

20

21

22 Dated: July 11, 2012                                    _____
                                                           Honorable Maxine M. Chesney
23                                                         U.S. District Court Judge

Case No.: C-12-1712 MMC                                    STIPULATION AND [PROPOSED] ORDER

2