1  Scott D. Gattey (SBN 180875)
   Aaron Thacker (SBN 239946)
2  Gattey Law Office
   939 Laurel Street, Suite D
3  San Carlos, CA 94070
   Telephone.: (650) 596-7123
4  Fax: (866) 371-3491
   scott@gatteylaw.com
5
6  *Attorneys for Plaintiff Hogue*

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  PHILIP HOGUE                          CASE NO. C-12-1712 MMC

13                Plaintiff,              **STIPULATION AND [PROPOSED] ORDER**

14       v.

15  M+W U.S., Inc., et al

16                Defendants.

17

18         The Parties to this matter, Plaintiff, Philip Hogue, represented by Scott D. Gattey

19  of Gattey Law Office, Defendant, M+W U.S., Inc., represented by Robert Joseph Pia of MBV

20  Law, LLP, do hereby agree and stipulate that the Case Management Conference recently reset by

    the Clerk for August 3, 2012 at 10:30 a.m. shall be continued to August 10, 2012 at 10:30 a.m.
21
    and the corresponding due date for the Joint Case Management Statement was reset for July 27,
22
    2012.
23
           Good cause exists for this continuance based on the following:
24
           a.     Plaintiff's lead counsel will be out of town from August 1, 2012 until August 4,
25
    2012 on a previously scheduled vacation;
26
           b.     The Parties agree to this continuance, and no prejudice will result to either Party as
27
    result of this continuance;
28
           c.     It is the Parties' understanding from speaking with this Court's clerk that the Court's

Case No.: C-12-1712 MMC                        STIPULATION AND [PROPOSED] ORDER
                                      1

1  calendar will accommodate this case management conference being heard on August, 10, 2012.

2

3      IT IS SO STIPULATED.

4

5

6

7  Dated: July 10, 2012                    GATTEY LAW OFFICE

8                                          By:

9                                          Scott D. Gattey
                                           *Attorney for Plaintiff Phillip Hogue*

10 Dated: July 10, 2012

11                                         MBV Law, LLP

12                                         By:

13                                         Robert Joseph Pia
                                           *Attorneys for Defendant*
14                                         *M+W U.S., Inc.*

15                                         **ORDER**

16     This Stipulation and [Proposed] Order is hereby adopted by the Court and the Case

17 Management Conference is rescheduled to August 10, 2012 at 10:30 a.m.

18     A Joint Case Management Statement shall be filed no later than August 3, 2012.

19

20

21

22 Dated: July 11, 2012

23                                         Honorable Maxine M. Chesney
                                           U.S. District Court Judge
24

25

26

27

28