1  Scott D. Gattey (SBN 180875)
   scott@gatteylaw.com
2  Aaron Thacker (SBN 239946)
   aaron@thethackerlawfirm.com
3  Gattey Law Office
   939 Laurel Street , Suite D
4  San Carlos, CA 94070
   Telephone.: (650) 596-7123
5  Fax: (866) 371-3491

6  *Attorneys for Plaintiff Phillip Hogue*

7  ROBERT JOSEPH PIA (SBN 115179)
   bobpia@mbvlaw.com
8  JACK PRAETZELLIS (SBN 267765)
   jack@mbvlaw.com
9  MBV LAW LLP
   855 Front Street
10 San Francisco, California 94111
   Telephone:  415-781-4400
11 Fax:  415-989-5143

12 *Attorneys for Defendant M+W U.S., INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PHILIP HOGUE, an individual, | CASE NO. C-12-1712 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE** |
| v. | |
| M+W U.S., Inc., a Delaware corporation, and DOES 1-10, | |
| Defendants. | **AND ORDER THEREON** |

1

CASE NO. C-12-1712 MMC                    STIPULATION TO EXTEND DEADLINES AND
                                          [PROPOSED] ORDER

1  WHEREAS the parties met at mediation on October 4, 2012, and are currently
2  negotiating the final terms of a settlement agreement that would document a settlement of this
3  matter; and

4  WHEREAS Defendant, prior to mediation, filed its Motion to Transfer Venue, which is
5  currently set to be heard on November 16, 2012 and the opposition to which is currently due on
6  October 19, 2012; and

7  WHEREAS, the parties believe that an extension of the hearing date and related
8  deadlines would serve the interest of an efficient resolution of this case, as there would be no
9  need for the motion if the matter is resolved by settlement as anticipated;

10  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that:

- the deadline for Plaintiff's Opposition to Defendant's Motion to Transfer Venue should be reset for November 2, 2012;
- the deadline for Defendant's Reply should be reset for November 16, 2012; and
- the hearing should be reset for November 30, 2012.

Dated: October 12, 2012                GATTEY LAW OFFICE

                                        By: /s/ Scott D. Gattey

                                          Scott D. Gattey
                                          *Attorney for Plaintiff Phillip Hogue*

Dated: October 12, 2012                MBV LAW LLP

                                        By:  /s/ Robert Joseph Pia

                                          Robert Joseph Pia
                                          *Attorney for Defendant*
                                          *M+W U.S., Inc.*

**Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 12, 2012                              Respectfully submitted,

                                                     By: /s/ Scott D. Gattey

                                                     Scott D. Gattey
                                                     *Attorney for Plaintiff Phillip Hogue*

1   The Court having considered the stipulation of the parties, and good cause appearing
2   therefore, orders as follows:

3
4       1.  The deadline for the filing of Plaintiff's Opposition to Defendant's Motion to
5           Transfer Venue is reset for November 2, 2012;
6       2.  the deadline for Defendant's Reply is reset for November 16, 2012; and
7       3.  the hearing on Defendant's Motion to Transfer Venue is reset for November
8           30, 2012.

10  IT IS SO ORDERED.

12  Dated: October 16, 2012

                                             Hon. Maxine Chesney
                                             UNITED STATES DISTRICT COURT JUDGE
                                             NORTHERN DISTRICT OF CALIFORNIA