Scott D. Gattey (SBN 180875)
scott@gatteylaw.com
Aaron Thacker (SBN 239946)
aaron@thethackerlawfirm.com
Gattey Law Office
939 Laurel Street , Suite D
San Carlos, CA 94070
Telephone.: (650) 596-7123
Fax: (866) 371-3491

*Attorneys for Plaintiff Phillip Hogue*

ROBERT JOSEPH PIA (SBN 115179)
bobpia@mbvlaw.com
JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:  415-781-4400
Fax:  415-989-5143

*Attorneys for Defendant M+W U.S., INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP HOGUE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M+W U.S., Inc., a Delaware corporation, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. C-12-1712 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br> **AND ORDER THEREON** |

WHEREAS the parties met at mediation on October 4, 2012, and are currently negotiating the final terms of a settlement agreement that would document a settlement of this matter; and

WHEREAS Defendant, prior to mediation, filed its Motion to Transfer Venue, which is currently set to be heard on November 16, 2012 and the opposition to which is currently due on October 19, 2012; and

WHEREAS, the parties believe that an extension of the hearing date and related deadlines would serve the interest of an efficient resolution of this case, as there would be no need for the motion if the matter is resolved by settlement as anticipated;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that:

- the deadline for Plaintiff's Opposition to Defendant's Motion to Transfer Venue should be reset for November 2, 2012;
- the deadline for Defendant's Reply should be reset for November 16, 2012; and
- the hearing should be reset for November 30, 2012.

Dated: October 12, 2012						GATTEY LAW OFFICE

								By: /s/ Scott D. Gattey

								  Scott D. Gattey
								  *Attorney for Plaintiff Phillip Hogue*

Dated: October 12, 2012						MBV LAW LLP

								By:  /s/ Robert Joseph Pia

								  Robert Joseph Pia
								  *Attorney for Defendant*
								  *M+W U.S., Inc.*

**Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 12, 2012                                Respectfully submitted,

                                                       By: /s/ Scott D. Gattey

                                                       Scott D. Gattey
                                                       *Attorney for Plaintiff Phillip Hogue*

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The deadline for the filing of Plaintiff's Opposition to Defendant's Motion to Transfer Venue is reset for November 2, 2012;
2. the deadline for Defendant's Reply is reset for November 16, 2012; and
3. the hearing on Defendant's Motion to Transfer Venue is reset for November 30, 2012.

IT IS SO ORDERED.

Dated: October 16, 2012

*Maxine M. Chesney*
Hon. Maxine Chesney
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA