ROBERT JOSEPH PIA (SBN 115179)
bobpia@mbvlaw.com
JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
M+W U.S., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOGUE, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>M+W US, INC., a Delaware corporation, et al.,<br><br>　　　　　　Defendants. | Case No. 12-cv-1712 MMC<br><br>**STIPULATION FOR ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |

　　　　The parties to the above-captioned case, to wit, plaintiff PHILLIP HOGUE, and defendant M+W U.S., INC., hereby stipulate, through their respective counsel as follows: (1) the plaintiff dismisses with prejudice as any and all claims, including without limitation, any claims for punitive, exemplary, double or treble damages; and (2) to dismiss this entire action with prejudice, with each of the parties to bear his or its own costs and attorney's fees.

DATED: October 31, 2012

　　　　　　　　　　　　　　　　　　　　MBV LAW LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　ROBERT JOSEPH PIA
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　M+W U.S., INC.

1  DATED: October 25, 2012                    GATTEY LAW OFFICE

3                                              By: _____
                                                   SCOTT D. GATTEY
4                                                  Attorneys for Plaintiff
                                                   PHILLIP HOGUE

6                                    **ORDER**

7        IT IS SO ORDERED.

9  DATED: November 6, 2012

                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE